LINDA REILLY, Pro se for Family of Creditors
30503 Palomares Rd.
Castro Valley, CA 94552
Phone 510 581-6224
Email linda.reilly@sbcglobal.net

FOR: Patrick C. and Linda C. Reilly, Trustees, Reilly Family Trust;
Linda & Patrick Reilly, Trustees, R&A Enterprises Defined Benefit Pension Plan;
Linda & Patrick Reilly, Trustees, R&A Enterprises 401K Plan;
Linda & Patrick Reilly, Trustees, R&A Enterprises 401K ROTH;
Michael D. Spencer and Rosemary Spencer, Trustees,
Michael D. Spencer and Rosemary Spencer Family Trust;
IRA Services Co., Custodian FBO Mike Spencer IRA;
Douglas Peete or Michelle Peete;
Michelle Peete FBO Natalie Peete;
Rosemary Spencer; John Finkle;
Linda Reilly; Robert Lewandowski;
And Anna C. Finkle (Deceased)

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:
**WALTER AND MARIBEL NG,
DEBTORS**
Patrick C. and Linda C. Reilly, Trustees, Reilly Family Trust; Linda & Patrick Reilly, Trustees, R&A Enterprises Defined Benefit Pension Plan; Linda & Patrick Reilly, Trustees, R&A Enterprises 401K Plan; Linda & Patrick Reilly, Trustees, R&A Enterprises 401K ROTH;
Michael D. Spencer and Rosemary Spencer, Trustees,
Michael D. Spencer and Rosemary Spencer Family Trust;
IRA Services Co., Custodian FBO Mike Spencer IRA;
Douglas Peete or Michelle Peete;
Michelle Peete FBO Natalie Peete;
Rosemary Spencer; John Finkle;
Linda Reilly; Robert Lewandowski;
And Anna C. Finkle (Deceased)**Plaintiffs**
VS.

Walter Ng and Maribel Ng
**Defendants**

Case No. 11-45175 RLE

Chapter 11

Adv. Proc. No. _____

**COMPLAINT TO DETERMINE
DISCHARGEABILITY OF DEBT
(11 U.S.C. SECTION 523 (A) (4), (6)**
Judge: Hon. Roger Efremsky

For Plaintiffs listed above, Plaintiff Linda Reilly seeks to have this Court determine that the debt owed to the Plaintiffs holding accounts in RE Loans and Mortgage Fund 08 is Non-Dischargeable pursuant to 11 U.S.C. 523 (a) (4). This section of the bankruptcy code denies the Dischargeability of Debt if there is fraud or defalcation while acting in a fiduciary capacity. The accounts are Plaintiffs Company Defined Benefit Pension Plans, 401K Plan, Roth IRA, Family Trust, daughter and son-in-law's savings, granddaughter's college fund, sister's and brother-in-law's Family Trust, over age 65 brother-in-law's IRA, and (Deceased) grandmother Anna C. Finkle's beneficiary accounts for individual family members Rosemary Spencer, John Finkle, Robert Lewandowski, and Linda Reilly; all opened based on a promise of safety and security first and foremost.

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C., 1334. This is a core proceeding pursuant to 28 U.S.C., 157 (b) (2) (h).

2. Venue is proper in this judicial district pursuant to 28 U.S.C., 1409 (a) in that the adversary proceeding is related to the above captioned case under Title 11 of the United States Code which is pending in this district.

**PARTIES**

3. Plaintiffs are a Family of Creditors of RE Loans and Mortgage Fund 08 and hold claims against the Manager, Defendant Walter Ng.

Plaintiffs are;

Patrick & Linda Reilly, Trustees of the Reilly Family Trust, and their company, R & A Enterprises Defined Benefit Pension Plan, R & A Enterprises 401K Plan, and R & A Enterprises 401k Roth, Linda Reilly, Beneficiary of the Anna C. Finkle Trust. (Plaintiffs' Deceased Grandmother).

Michelle and Doug Peete, who are Patrick and Linda's daughter and son-in-law, and Natalie Peete, who is Patrick and Linda's granddaughter.

Michael and Rosemary Spencer, Trustees of the Spencer Family Trust, and Michael D. Spencer, IRA, and Rosemary Spencer, Beneficiary of the Anna C. Finkle Trust. Rosemary and Michael are Linda Reilly's sister and brother-in-law.

John Finkle, Beneficiary of the Anna C Finkle Trust. John is Linda's brother.

Robert Lewandowski, Beneficiary of the Anna C. Finkle Trust. Robert is Anna C. Finkle's nephew. All family members trusted their money with Walter based on verbal and written reassurances of safety and security, first and foremost.

4. The Defendant is a Debtor in the above referenced Chapter 11 bankruptcy case which commenced on May 12, 2011.

5. The Defendant was the Manager of RE Loans and Mortgage Fund 08 at the time all Plaintiffs' investments were made. He is or was also the principal of many other entities including Bar K, RE Reno LLC, Gold Mountain Financial LLC. Defendant is currently the Manager of RE Loans.

## BACKGROUND

6. Plaintiffs invested with Defendant since 2004 based on an in-depth personal interview with Defendant. Defendant was told Plaintiffs were near retirement, wanted to be done with stock market risk and volatility, and were seeking a safe and secure place for money that is needed to live on in retirement. Defendant assured Plaintiffs that safety and security were first and foremost, backed by a high percentage of equity in real property.

-3-

friends and family, leveraging and jeopardizing the collateral security of Plaintiffs investment. Defendant clearly breached his fiduciary responsibility to Plaintiffs.

12. Deceptive financial information was circulated to assure Plaintiffs their investment was safe.

13. The family's personal, business, college, and retirements finances have been devastated by this extensive and serious Fraud and embezzlement, and should not be discharged in Bankruptcy. Defendant should be personally responsible for this debt since he personally and intentionally misrepresented the safety, security and appropriateness of this investment for Plaintiffs' extremely conservative goals of capital preservation first and foremost.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs respectfully request that this Court:

1. A Judgment be entered in favor of Plaintiffs and against Defendant pursuant to 11 U.S.C. 523 (4) declaring that the debt owed by Defendant to Plaintiffs' of $7,904,781.91, which is the balance of the company and family accounts as of the date of Plaintiff's last statements from RE Loans and Mortgage Fund 08, be deemed **Non-Dischargeable**, along with

2. Costs and fees be awarded Plaintiffs,

3. Other and further relief as this court deems just and proper.

Dated August 4, 2011

_Linda Reilly_
Linda Reilly

-5-

Linda Reilly, Pro Se and for
Patrick C. and Linda C. Reilly, Trustees, Reilly Family Trust;
Linda & Patrick Reilly, Trustees, R&A Enterprises Defined Benefit Pension Plan;
Linda & Patrick Reilly, Trustees, R&A Enterprises 401K Plan;
Linda & Patrick Reilly, Trustees, R&A Enterprises 401K ROTH;
Michael D. Spencer and Rosemary Spencer, Trustees,
Michael D. Spencer and Rosemary Spencer Family Trust;
IRA Services Co., Custodian FBO Mike Spencer IRA;
Douglas Peete or Michelle Peete;
Michelle Peete FBO Natalie Peete;
Rosemary Spencer;
John Finkle;
Linda Reilly;
Robert Lewandowski;
And Anna C. Finkle (Deceased)
Linda Reilly, Pro se for Family of Creditors
30503 Palomares Rd.
Castro Valley, CA 94552
Phone 510 581-6224
Email linda.reilly@sbcglobal.net

- 6 -